```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF KENTUCKY
                          CENTRAL DIVISION
                            AT LEXINGTON
```

**CIVIL ACTION NO. 2014-448 (WOB-CJS)**

**TINA MAE BAKER**                                           **PLAINTIFF**

**VS.**                         <u>**ORDER**</u>

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 16), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. 14) is **denied;** and that defendant's motion for summary judgment (Doc. 15) is **granted.** A separate Judgment shall enter concurrently herewith.

This 30th day of March, 2016.



Signed By:
<u>*William O. Bertelsman*</u> *WOB*
United States District Judge